# Affidavit of Process Server

**United States District Court for the Southern District of New York**
(NAME OF COURT)

| Trustees of Sheet Metals Workers' Int'l Assoc. Local 38 Insur. & Welfare Fund et al vs Haldean Sheet Metal Fabricators, Inc, Florence Hale, Robert Hale, Mary Deangelis | #15-cv-05979 |
|---|---|
| PLAINTIFF/PETITIONER          DEFENDANT/RESPONDENT | CASE NUMBER |

I **Christopher Marr, Auth. Process Server**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Mary Deangelis**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Complaint in a Civil Action**

by leaving with _____ At
           NAME                    RELATIONSHIP

☑ Residence   **29 Summit Circle**      **Somers, NY 10589**
               ADDRESS                   CITY / STATE

☐ Business   _____
              ADDRESS                   CITY / STATE

On _____ DATE _____ AT _____ TIME _____

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on **8/20/2015**
                                                                                DATE

from **Chappaqua, NY** Post Office at **10514**
      CITY   STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☑ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☑ Other **PS attempted service 3x at this location w/out success. 8/20 8:45 AM posted conspicuously on front door. Pix provided to client.**

**Service Attempts:** Service was attempted on: (1) **8/19/2105  12:05 PM**  (2) **8/19/2015  3:30 PM**
                                                       DATE      TIME                  DATE      TIME

(3) **8/19/2015  6:05 PM**   (4) **8/20/2015  8:45 AM**   (5) _____
       DATE      TIME                DATE      TIME                 DATE  TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

SIGNATURE OF PROCESS SERVER
**Christopher Marr**

SUBSCRIBED AND SWORN to before me this **20** day of **August**, 20**15** by
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

GERALDINE L. CARPINO
Notary Public, State of New York
No. 60 4984553
Qualified in Westchester County
Commission Expires 07/22/2017

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **New York**


NAPPS

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Case 7:15-cv-05979-VB  Document 10  Filed 08/24/15  Page 1 of 1