**LYONS MCGOVERN**LLP
ATTORNEYS

399 Knollwood Road, Suite 216
White Plains, NY 10603
Tel: 914.631.1336
Fax: 914.631.1161

450 Seventh Avenue, Suite 1508
New York, New York 10123
Tel: 212.594.3087
Fax: 212.378.2054

September 8, 2015

<u>Via ECF</u>

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Trustees of the Sheet Metal Workers International Association Local No. 38 Insurance and Welfare Fund, et al. v. Haldean et al. (15 CV 05979)*

Dear Judge Briccetti:

We represent defendants Haldean Sheet Metal Fabricators, Inc., Florence Hale, and Robert Hale in the above captioned action. The purpose of this letter is to request a 45-day extension of time to answer the complaint in this action.

Our clients were served in this action on August 18, 2015, and we were retained by them on September 2, 2015. The original due date of the answer is tomorrow, September 9, 2015. We are seeking an extension to October 23, 2015. This is the first request for an extension of time in this matter.

I spoke today with Matthew Henzi, of Sullivan, Ward, Asher and Patton, P.C., counsel for Plaintiffs. Among other items we discussed, I explained that we were recently retained by our clients (who are, individually, respectively 82 and 85 years old and in poor health) and were seeking a 45-day extension of the time to answer. He indicated he would only be able to agree to an extension to Friday, September 11, an extension of two days, as that was all he had given another defendant in the case, and that his clients would object to any extension past September 11.

As we were retained last week and have not yet had access to any of the books and records maintained by our clients, we will be unable to answer, move, or otherwise respond the complaint appropriately without the grant of additional time.

Accordingly, we respectfully request an extension of time to respond to the complaint to October 23, 2015.

Very truly yours,

Diane B. Cavanaugh